UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                             Case Number 04-37149 GMB

Debtor: Nicholas J. Cafaro, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1682191 | City of Philadelphia | 1,718.57 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 3, 2010